UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| IRICIA SPENCER-SANCHEZ,<br><br>Plaintiff,<br>v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>Defendant. | CASE NO. 3:23-cv-05381<br><br>NOTICE OF REMOVAL<br><br>(Clark County District Court<br>Case No. 22S000745) |

TO: Clerk, United States District Court, Western District of Washington,

1. United States of America, on behalf of its agency the United States Postal Service, hereby respectfully files this Notice of Removal pursuant to 28 U.S.C. § 1442, to remove Case No. 22S000745 from Clark County District Court to the United States District Court for the Western District of Washington.

2. The above-referenced State Court action shall be removed to the United States District Court under 28 U.S.C. §§ 1442(a)(1), by virtue of the following:



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

a. On or about December 22, 2022, Plaintiff Iricia Spencer-Sanchez filed a Notice of Small Claim (hereafter, "Complaint") in Clark County District Court, alleging that the Postal Service improperly failed to deliver mail to her residence. *See* Complaint at 2-3, attached as Exhibit A. Plaintiff seeks $2,000 in money damages.

b. For claims seeking "money damages" that allege an "injury or loss of property . . . arising or resulting from the negligent or wrongful act or omission" of employees of the United States while acting within the course and scope of employment, a lawsuit brought under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 2671-80, provides the exclusive remedy. 28 U.S.C. §§ 1346(b)(1) and 2679(b)(1).

c. Federal district courts have exclusive jurisdiction over such actions and the United States is the real party in interest. *Id.*

d. Accordingly, this case shall be removed to the United States District Court under 28 U.S.C. §§ 1442(a)(1).

3. Under Local Civil Rule (LCR) 101(b), the United States attaches a copy of the Notice of Small Claim that functions as the Complaint in this matter. The United States will separately file copies of all other records from the state court proceeding, as required by LCR 101(c).

4. A copy of this Notice of Removal is being served upon all parties to this action and will be promptly filed with the clerk of the Clark County District Court.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

5. Intradistrict Assignment. Upon information and belief and during the relevant time period giving rise to the allegations of the Complaint, Plaintiff resided in Clark County, Washington. Upon information and belief, Plaintiff presently resides in Clark County, Washington. Additionally, Case No. 22S000745 is currently pending in Clark County. Accordingly, under LCR 3(e)(1), this case should be assigned to a judge in Tacoma.

WHEREFORE, based upon the foregoing and pursuant to 28 U.S.C. §§ 1442(a)(1) and 2679(b)(1), this action is removed from the Clark County District Court to the United States District Court for the Western District of Washington.

DATED this 28th day of April 2023.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

*s/ Kyle A. Forsyth*

KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
Email: kyle.forsyth@usdoj.gov

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Western District of Washington and is a person of such age and discretion as to be competent to serve papers.

It is further certified that, on this date, she caused copies of the foregoing and this *Certificate of Service* to be served upon the individual(s) hereinafter named by U.S. mail, postage pre-paid, and addressed as follows:

Iricia Spencer-Sanchez
31206 NE 149th Ct. (ADU)
Battle Ground, WA 98604

DATED this 28th day of April 2023.

*s/ Crissy Leininger*
CRISSY LEININGER
Paralegal Specialist
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-2492
E-mail: christine.leininger@usdoj.gov